In the Matter of THOMAS H. LOW, an Attorney.— Proceeding dismissed. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of JOHN MARX.— Motion denied. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Successor Trustee under Trust Mortgage Made by 225 CORPORATION to HERBERT S. MARTIN, as Trustee, Dated January 12, 1926, Plaintiff, Respondent, v. 225 CORPORATION and Others, Defendants. GEORGE E. ROOSEVELT and Others, as The Real Estate Bondholders Protective Committee, Intervening Defendants, Appellants. WRIGHT, GORDON, ZACHRY & PARLIN, Attorneys for GEORGE E. ROOSEVELT and Others, Appellants. JENNIE WIAND and Others, Respondents. LEO HENLE and Others, Respondents. JOSEPH LAMM and Others, Respondents. INDUSTRIAL & REALTY FINANCIAL CORPORATION and Others, Respondents.— Order, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

L. CARROLL ROOT and Others, Appellants, v. CLINTON M. FINNEY and Others, Respondents.— Order, so far as appealed from, unanimously modified by granting the examination of defendants as to item 5, which is amended to read as follows: " 5. All negotiations and dealings of every nature whatsoever, had or participated in, directly or indirectly by, or through an officer, agent, representative or employee of, the defendants, or any of them, which negotiations and dealings were in any way connected with, or led up to, the acquisition in 1936 by American Cities Power and Light Corporation or Onondaga Corporation either of shares of Electric Shareholdings Corporation, or of options to acquire such shares," and as to item 8, and by directing that defendants be required, upon such examination, to produce all relevant books and records in their custody or control for use in accordance with the provisions of section 296 of the Civil Practice Act; and, as so modified, affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CHARLES H. WACKER, Appellant, v. JULIA C. WACKER, Respondent.— Order unanimously modified by reducing the amount of alimony to be paid to the defendant for her support and maintenance to the sum of sixty dollars per week, and the counsel fee to the sum of $1,000, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

ANGLO-AMERICAN EQUITIES CORPORATION, Plaintiff, and ROBERT DEF. BOOMER, Plaintiff, Appellant, v. E. H. ROLLINS & SONS, INCORPORATED, and Others, Defendants, Respondents, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CELIA SOBEL, Respondent, v. ALEXANDER SOBEL, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

PEARL EVANS, Appellant, v. WILLIAM E. EVANS, Respondent.— Order, so far as appealed from, unanimously modified by increasing the amount of counsel fee to the sum of $300, and as so modified affirmed, with twenty dollars costs and